# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **Tadeusz Konopka,** | |
| **Debtor** | **Bankruptcy No. 5:18-bk-00941** |

## APPLICATION TO EXTEND TIME TO FILE SCHEDULES AND PLAN AND RELATED DOCUMENTS

The Debtor, Tadeusz Konopka, by and through his attorney, Jason M. Rapa, Esquire, and Rapa Law Office, P.C., hereby files this Application for Extension of Time to File Schedules and related documents and Plan, and in support thereof avers as follows:

1. The Debtor Tadeusz Konopka, is an adult individual and a citizen of the Commonwealth of Pennsylvania.

2. The Debtor filed for protection under Chapter 7 of the United States Bankruptcy Code on March 8, 2018.

3. The Debtor is required to file the usual bankruptcy schedules, statements and other documents on or before fourteen (14) days after the date of the filing of the Petition. This Honorable Court has issued its Order, dated March 9, 2018, requiring that the full bankruptcy schedules and other documents be filed by March 22, 2018.

4. Debtor due to emergency filing is need of additional time to gather the information necessary to prepare full, complete and accurate bankruptcy schedules.

5. No creditors will be prejudiced by granting the requested extension of time.

6. Accordingly, the Debtor requests an extension of time, to April 8, 2018, in which to file the required schedules and the Plan in this proceeding.

**Dated: March 20, 2018**

Respectfully submitted,
Rapa Law Office, P.C.
**by:** /s/ Jason M. Rapa, Esq
**Jason M. Rapa, Esquire**
141 S. 1st Street
Lehighton, PA 18235
Attorney I.D. No. 89419
Phone: 610-377-7730
Fax: 610-377-7731
Email jrapa@rapalegal.com