UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| **Tadeusz Konopka** <br> Debtor | Bankruptcy No. 5:18-bk-00941 |

CERTIFICATE OF SERVICE

I, JASON M. RAPA, ESQUIRE, hereby certify that I served a true and correct copy of the Debtor's Motion to Extend Time to File Schedules and Related Documents on:

VIA ELECTRONIC FILING
Office of the United States Trustee

Charles Schwab, Esquire
Chapter 7 Trustee

VIA U.S. MAIL
Creditors on Attached Matrix

Date: 03/20/2018

   /s/   Jason M. Rapa
Jason M. Rapa, Esquire
Attorney for Debtor
PA Attorney I.D. No. 89419
141 S. 1st Street
Lehighton, PA 18235
(610) 377-7730