# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Chapter 7 |
|---|---|
| **Tadeusz Konopka,** <br>         **Debtor** | **Bankruptcy No. 5:18-bk-00941** |

## ORDER

AND NOW, this _____ day of March, 2018, upon consideration of the Debtor's Application for Extension of Time to File Schedules and related documents, and it appearing that good cause for granting an extension of time has been shown,

    IT IS HEREBY ORDERED that the Debtors are granted an extension of time, to April 8, 2018, in order to file the schedules and the statements required to be filed by National Bankruptcy Rule 1007.

                              **BY THE COURT**

                              _____

                              **United States Bankruptcy Judge**