Certificate Number: 14912-PAM-DE-031062648

Bankruptcy Case Number: 18-00941



14912-PAM-DE-031062648

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 21, 2018</u>, at <u>10:45</u> o'clock <u>AM EDT</u>, <u>Tadeusz Konopka</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 21, 2018</u>         By:   <u>/s/Jai Bhatt</u>

                                  Name: <u>Jai Bhatt</u>

                                  Title: <u>Counselor</u>