Certificate Number: 14912-PAM-DE-031062648

Bankruptcy Case Number: 18-00941



14912-PAM-DE-031062648

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 21, 2018, at 10:45 o'clock AM EDT, Tadeusz Konopka completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 21, 2018

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor